[No. 14829-3-II. Division Two. December 23, 1992.]

LAURA CANFIELD, *Appellant*, v. WILLIAM CANFIELD,
*Respondent*.

Appeal from a judgment of the Superior Court for Lewis County, No. 84-3-00611-2, H. John Hall, J., entered March

29, 1991. *Reversed* by unpublished opinion per Pearson, J. Pro Tem., concurred in by Seinfeld, J., and Wieland, J. Pro Tem.